USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-against- : 24-CR-125 (VEC)
:
: <u>ORDER</u>
DWARKA RUNARAIN, :
         Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

  WHEREAS on March 6, 2024, the parties requested that the Court schedule an arraignment and initial conference;

  IT IS HEREBY ORDERED that an arraignment and initial conference will be held on **Tuesday, March 12, 2024, at 10:15 A.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: March 6, 2024**
**New York, NY**
                      _____
                      **VALERIE CAPRONI**
                      **United States District Judge**