```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
        UNITED STATES OF AMERICA

                -against-                            24-CR-125 (VEC)

                                                    ORDER

        DWARKA RUPNARAIN,
                          Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on April 1, 2024, the Government notified the Court that Dwarka Rupnarain requests a change of plea hearing.

        IT IS HEREBY ORDERED that Mr. Rupnarain's change of plea hearing is scheduled for **Tuesday, April 9, 2024, at 10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date:  April 1, 2024**
           New York, NY

                                                                          **VALERIE CAPRONI**
                                                                           **United States District Judge**