```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
                    -against-                                      :    24-CR-125 (VEC)
                                                                   :
                                                                   :        ORDER
DWARKA RUPNARAIN,                                                  :
                                        Defendant.                 :
                                                                   :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 9, 2024, Defendant Dwarka Rupnarain appeared for a plea conference, during which he pled guilty to Count One of the Indictment.

IT IS HEREBY ORDERED that the parties must appear for sentencing on **Monday, August 5, 2024, at 2:30 P.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions are due no later than **Monday, July 22, 2024.**

IT IS FURTHER ORDERED that the status conference scheduled for Wednesday, May 15, 2024, at 2:30 P.M. is CANCELED.

**SO ORDERED.**

**Date:  April 9, 2024**                                             _____
**         New York, NY**                                              **VALERIE CAPRONI**
                                                                        **United States District Judge**